**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICIO PRADO DIAZ, *et al.*,<br><br>　　　　Petitioners,<br><br>　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Respondents. | No. 1:26-cv-00066 JLT CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 11) |

　　　Mauricio Prado Diaz and Jaime Barcenas Dominguez, federal immigration detainees proceeding with counsel, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for temporary restraining order on January 5, 2026, while in the custody of the Immigration and Customs Enforcement at the California City Detention Facility in California City, California. (Docs. 1, 3.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

　　　On January 5, 2026, the Court denied Petitioners' motion for TRO. (Doc. 4.) On February 6, 2026, the assigned magistrate judge issued findings and recommendations to grant in part the Petitions as to the claim asserting a violation of 8 U.S.C. § 1226(a) for unlawful denial of bond hearing (Claim 1). (Doc. 11.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days. *Id.* at 16-17. On February 18, 2026, Respondents timely filed objections. (Doc. 12.) Respondents object to the

findings and recommendations for the same reasons stated in their previous briefing. *Id.*

According to the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 6, 2026 (Doc. 11) are **ADOPTED** in full.
2. Petitioners' petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
3. Respondents are **ORDERED** to provide Petitioners with a bond hearing in accordance with 8 U.S.C. § 1226(a) within 10 days of the date of this Order, in which the parties will be allowed to present evidence and argument about whether Petitioners are a danger to the community and present a flight risk if not detained. If Respondents do not provide Petitioners with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention.
4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioners and close this case.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

UNITED STATES DISTRICT JUDGE